# Exhibit 6
## True Copy




03-Arron
100109513

*RECONTRUST COMPANY, N.A.*


JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2010-009904**
MTG-AMN...(4)                08/10/2010 10:43 AM
Cnt=4 Pgs=17 Stn=2 RHENKELS
$85.00 $15.00 $11.00 $15.00 $8.00 $5.00   Total:$139.00

**RECORDING COVER SHEET FOR**
**NOTICE OF SALE PROOF OF COMPLIANCE**
**Per ORS 205.234**

0025472720100009904170175

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

**AFTER RECORDING RETURN TO:**
**ROBYN TAYLOR**
**RECONTRUST COMPANY, N.A.**
**400 COUNTRYWIDE WAY SV-35**
**SIMI VALLEY, CA 93065**
*100109513*
**TS No.: 10 -0024410**

1.   AFFIDAVIT OF MAILING NOTICE OF SALE

2.   AFFIDAVIT OF PUBLICATION NOTICE OF SALE

3.   AFFIDAVIT OF SERVICE

4.   COPY OF NOTICE OF SALE

Original Grantor on Trust Deed:     TRAVIS W FISHER, REBECCA L. FISHER and TRAVIS
                                    FISHER

Beneficiary:                        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
                                    INC.

THIS COVER SHEET HAS BEEN PREPARED BY THE PERSON PRESENTING THE ATTACHED
INSTRUMENT FOR RECORDING, ANY ERRORS CONTAINED IN THIS COVER SHEET DO NOT
AFFECT THE TRANSACTION(S) CONTAINED IN THE INSTRUMENT ITSELF.

# AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE

STATE OF CALIFORNIA, COUNTY OF VENTURA) ss:

I, RECONTRUST COMPANY, N.A., the undersigned, being first duly sworn, depose and say and certify that:
At all times hereinafter mentioned, I was and now am a resident of the State of California, a competent person over the age of eighteen years and not the beneficiary or the beneficiary's successor in interest named in the attached original notice of sale given under the terms of that certain trust deed described in said notice.

I gave notice of sale of the real property described in the attached notice of sale by mailing a copy thereof by both first class and certified mail with return receipt requested to each of the following named persons (or their legal representatives, where so indicated) at their respective last known address, to-wit:

**See attached Exhibit A for all the mailing address(es).**

Said persons include (a) the grantor in the trust deed, (b) any successor in interest to the grantor whose interest appears of record or of whose interest the trustee or the beneficiary has actual notice, (c) any person, including the Department of Revenue or any other state agency, having a lien or interest subsequent to the trust deed if the lien or interest appears of record or the beneficiary has actual notice of the lien or interest, and (d) any person requesting notice, as required by ORS 86.785.

Each of the notices so mailed was certified to be a true copy of the original notice of sale by RECONTRUST COMPANY, N.A., the trustee named in said notice, each such copy was contained in a sealed envelope, with postage thereon fully prepaid, and was deposited by me in the United States post office at VENTURA, CALIFORNIA, 03/12/2010. With respect to each person listed above, one such notice was mailed with postage thereon sufficient for first class delivery to the address indicated, and another such notice was mailed with a proper form to request and obtain a return receipt and postage thereon in the amount sufficient to accomplish the same. Each of said notices was mailed after the notice of default and election to sell described in said notice of sale was recorded and at least 120 days before the day fixed in said notice by the trustee for the trustee's sale.
As used herein, the singular includes the plural, trustee includes successor trustee, and person includes corporation and any other legal or commercial entity.

State of California  
County of _____ **Ventura** _____                        Signature _**Peter Lopez**_

Subscribed and sworn to (or affirmed) before me on this 26th day of July, 2010, by
_____ **Peter Lopez** _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(seal)

AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE
RE: Trust Deed from  
   Grantor  
TRAVIS W FISHER, REBECCA L. FISHER and TRAVIS FISHER

Notary Public for California **Los Angeles County**  
Residing at _____  
My commission expires: **Feb 15 2013**

RECONTRUST COMPANY, N.A.  
  Trustee  TS No. 10-0024410  
After Recording return to:  
400 COUNTRYWIDE WAY SV-35  
RECONTRUST COMPANY, N.A.  
SIMI VALLEY, CA 93065

**MICHELLE I. MILLER**  
COMM. #1836833  
Notary Public · California  
Los Angeles County  
My Comm. Expires Feb. 15, 2013

*Form ormlgaffdvt (03/02)*

2010-009904



3

02 100024410

# AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE
# "EXHIBIT A"

**TS No.   10-0024410**

TRAVIS W FISHER                                                      03/12/2010
220 NEWT GULCH ROAD
WILDERVILLE, OR 97543
7187 7930 3131 6763 8954

REBECCA L. FISHER                                                    03/12/2010
220 NEWT GULCH ROAD
WILDERVILLE, OR 97543
7187 7930 3131 6763 8992

TRAVIS FISHER                                                        03/12/2010
220 NEWT GULCH ROAD
WILDERVILLE, OR 97543
7187 7930 3131 6763 9036

Residents/Occupants                                                 03/12/2010
220 NEWT GULCH ROAD
WILDERVILLE, OR 97543
7187 7930 3131 6763 8985

TRAVIS W FISHER                                                      03/12/2010
220 Newt Gulch Rd
Wilderville, OR 97543-9069
7187 7930 3131 6763 8947

TRAVIS W FISHER                                                      03/12/2010
220 Newt Gulch Rd
Wilderville, OR 97543-9069
7187 7930 3131 6763 8961

REBECCA L. FISHER                                                    03/12/2010
220 Newt Gulch Rd
Wilderville, OR 97543-9069
7187 7930 3131 6763 9005

TRAVIS W FISHER                                                      03/12/2010
507 EDGEWATER DRIVE
GRANTS PASS, OR 97527
7187 7930 3131 6763 8978

*Form ormlgaffdvtexh (06/08)*

2010-009904



02 100024410

# AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE
## "EXHIBIT A"

**TS No.  10-0024410**

REBECCA L. FISHER                                               03/12/2010
507 EDGEWATER DRIVE
GRANTS PASS, OR 97527
7187 7930 3131 6763 9029

TRAVIS FISHER                                                   03/12/2010
507 EDGEWATER DRIVE
GRANTS PASS, OR 97527
7187 7930 3131 6763 9043

*Form ormlgaffdvtexh (06/08)*

2010-009904

## TRUSTEE'S NOTICE OF SALE

Reference is made to that certain Trust Deed made by Travis W Fisher And Rebecca L. Fisher, As Tenants By The Entirety, as grantor(s), to Ticor Title, as Trustee, in favor of Mortgage Electronic Registration Systems, Inc., as Beneficiary, dated 10/23/2006, recorded 10/30/2006, in the mortgage records of Josephine County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2006-021675, covering the following described real property situated in said county and state, to wit:

SEE ATTACHED FOR LEGAL DESCRIPTION

PROPERTY ADDRESS:   220 NEWT GULCH ROAD
                    WILDERVILLE, OR 97543

Both the Beneficiary and the Trustee have elected to sell the real property to satisfy the obligations that the Trust Deed secures and a notice of default has been recorded pursuant to Oregon Revised Statutes 86.735(3); the default for which the foreclosure is made is grantor's failure to pay when due the following sums: monthly payments of $3,288.07 beginning 03/01/2009; plus late charges of $154.00 each month beginning with the 03/01/2009 payment plus prior accrued late charges of $-308.00; plus advances of $135.00; together with title expense, costs, trustee's fees and attorney fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default the Beneficiary has declared all sums owing on the obligation that the Trust Deed secures are immediately due and payable, said sums being the following to wit: $509,794.82 with interest thereon at the rate of 7.25 percent per annum beginning 02/01/2009 until paid, plus all accrued late charges thereon together with title expense, costs, trustee's fees and attorney fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interests therein.

WHEREFORE, notice hereby is given that, RECONTRUST COMPANY, N.A., the undersigned Trustee will on Tuesday, July 06, 2010 at the hour of 10:00 AM , in accord with the standard of time established by ORS 187.110, at the following place: inside the main lobby of the Josephine County Courthouse, 500 NW 6th ( 6th and C), Grants Pass, Josephine County, OR
, sell at public auction to the highest bidder for cash the interest in the described real property which the grantor had or had power to convey at the time of the execution by grantor of the Trust Deed, together with any interest which the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the Trustee. Notice is further given that any person named in ORS 86.753 has the right, at any time that is not later than five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by paying the Beneficiary the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained of notice of default that is capable of being cured by tendering the performance required under the obligation that the Trust Deed secures, and in addition to paying said sums or tendering the performance necessary to cure the default by paying all costs and expenses actually incurred in enforcing the obligation that the Trust Deed secures, together with the Trustee's and attorney fees not exceeding the amounts provided by ORS 86.753.
In construing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation that the Trust Deed secures, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

*ORNOS (08/09)*

6

## NOTICE TO TENANTS

If you are a tenant of this property, foreclosure could affect your rental agreement. A purchaser who buys this property at a foreclosure sale has the right to require you to move out after giving you notice of the requirement.

If you do not have a fixed-term lease, the purchaser may require you to move out after giving you a 30-day notice on or after the date of the sale.

If you have a fixed-term lease, you may be entitled to receive after the date of the sale a 60-day notice of the purchaser's requirement that you move out.

To be entitled to either a 30-day or 60-day notice, you must give the trustee of the property written evidence of your rental agreement at least 30 days before the date first set for the sale. If you have a fixed-term lease, you must give the trustee a copy of the rental agreement. If you do not have a fixed-term lease and cannot provide a copy of the rental agreement, you may give the trustee other written evidence of the existence of the rental agreement. The date that is 30 days before the date of the sale is 06/06/2010.

Federal law may grant you additional rights, including a right to a longer notice period. Consult a lawyer for more information about your rights under federal law.

You have the right to apply your security deposit and any rent you prepaid toward your current obligation under your rental agreement. If you want to do so, you must notify your landlord in writing and in advance that you intend to do so.

If you believe you need legal assistance with this matter, you may contact the Oregon State Bar's lawyer referral service at 503-684-3763 or toll-free in Oregon at 800-452-7636. If you have a low income and meet federal poverty guidelines, you may be eligible for free legal assistance. For more information and a directory of legal aid programs, go to http://oregonlawhelp.org or contact the Oregon State Bar's lawyer referral service at the phone numbers referenced above.

Dated  3/9 , 20 10

RECONTRUST COMPANY, N.A.

Richard Meyer, Team Member

*ORNOS (08/09)*

2010-009904

For further information, please contact:

**RECONTRUST COMPANY, N.A.**
**RECONTRUST COMPANY, N.A.**
**1800 Tapo Canyon Rd., CA6-914-01-94**
**SIMI VALLEY, CA 93063**
**(800)-281-8219**
**TS No. 10 -0024410**


**STATE OF**_____ )
                          ) ss.
**COUNTY OF**_____ )

On _____, before me, _____, notary public, personally appeared
_____ personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.


**Notary Public for** _____          (SEAL)
**My commission expires:** _____


**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE.   HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING
DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN
ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE
PROPERTY.**

*ORNOS (08/09)*

2010-009904



# EXHIBIT 'A'

<u>Legal Description:</u>

Beginning at the intersection of the West right of way line of the County Road and the South line of the Southeast Quarter of the Northwest Quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, said point being 75.6 feet West of the center of said Section 9; thence South 89°36'45" West 1260.57 feet to the Southwest corner of the Southeast Quarter of the Northwest Quarter of said Section 9; thence North 0°49'30" East 333.54 feet; thence North 89°36'45" East 1120.75 feet to the West right of way line of the County Road; thence South 22°39' East 362 feet along the West right of way line of said County Road to the point of beginning.

<u>Subject to:</u>
Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.

# AFFIDAVIT OF MAILING NOTICE TO GRANTOR

STATE OF CALIFORNIA, COUNTY OF VENTURA) ss:

I, the undersigned, being first duly sworn, depose and say and certify that:

At all times hereinafter mentioned, I was and now am a resident of the State of California, a competent person over the age of eighteen years and not the beneficiary or the beneficiary's successor in interest named in the attached original notice given pursuant to the requirements of sections 20 & 21 of Chapter 19, Oregon Laws 2008 (Amending and/or supplementing ORS 86.705 to ORS 86.795).

I gave notice to grantor(s) and occupant(s) of the real property described in the attached notice by mailing a copy thereof by both first class and certified mail with return receipt requested to each of the following named persons (or their legal representatives, where so indicated) at their respective last known address, to-wit:

**See attached Exhibit A for all the mailing address(es).**

Said persons include (a) the grantor(s) in the trust deed and (b) occupant(s) of the subject property.

Each of the notices so mailed was contained in a sealed envelope, with postage thereon fully prepaid, and was deposited by me in the United States post office at VENTURA, CALIFORNIA, on 03/08/2010. With respect to each person listed above, one such notice was mailed with postage thereon sufficient for first class delivery to the address indicated, and another such notice was mailed with a proper form to request and obtain a return receipt and postage thereon in the amount sufficient to accomplish the same. Each of said notices was mailed after the notice of default and election to sell was recorded and on or before the date of the Notice of Trustee's Sale was mailed, served and/or posted.

As used herein, the singular includes the plural, trustee includes successor trustee, and person includes corporation and any other legal or commercial entity.

Signature _____

State of California
County of **Ventura**

Subscribed and sworn to (or affirmed) before me on this 26th day of July , 20 10 , by
**Juan Rodriguez** , personally known to me or proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.
(seal)

AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE

RE:  Trust Deed from

        Grantor

TRAVIS W FISHER and REBECCA L. FISHER

RECONTRUST COMPANY, N.A.

        Trustee        TS No.    10-0024410

After Recording return to:
400 COUNTRYWIDE WAY SV-35
RECONTRUST COMPANY, N.A.
SIMI VALLEY, CA 93065

Notary Public for California
Residing at **Los Angeles County**
My commission expires **Feb 15 2013**



MICHELLE I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013

*Form ormlgaffdvintg (06/08)*





02 100024410

# AFFIDAVIT OF MAILING TRUSTEE'S NOTICE TO GRANTOR
## "EXHIBIT A"

**TS No.   10-0024410**

| | |
|---|---|
| TRAVIS W FISHER<br>220 NEWT GULCH ROAD<br>WILDERVILLE, OR 97543<br>7187 7930 3131 6729 2927 | 03/08/2010 |
| REBECCA L. FISHER<br>220 NEWT GULCH ROAD<br>WILDERVILLE, OR 97543<br>7187 7930 3131 6729 2958 | 03/08/2010 |
| Residents/Occupants<br>220 NEWT GULCH ROAD<br>WILDERVILLE, OR 97543<br>7187 7930 3131 6729 2941 | 03/08/2010 |
| TRAVIS W FISHER<br>220 Newt Gulch Rd<br>Wilderville, OR 97543-9069<br>7187 7930 3131 6729 2903 | 03/08/2010 |
| TRAVIS W FISHER<br>220 Newt Gulch Rd<br>Wilderville, OR 97543-9069<br>7187 7930 3131 6729 2934 | 03/08/2010 |
| REBECCA L. FISHER<br>220 Newt Gulch Rd<br>Wilderville, OR 97543-9069<br>7187 7930 3131 6729 2965 | 03/08/2010 |

*Form ormlgaffdvtexhntg (06/08)*

## NOTICE:
## YOU ARE IN DANGER OF LOSING YOUR PROPERTY
## IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

Street address: 220 NEWT GULCH ROAD
City: WILDERVILLE            State: OR            ZIP: 97543

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called a 'foreclosure.'

The amount you would have had to pay as of $3/8/$ , 2010 to bring your mortgage current was $60,103.71.The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call 888-219-7773 to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:
     BAC Home Loans Servicing, LP
     400 COUNTRYWIDE WAY  SV-35
     SIMI VALLEY, CA 93065

**THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:** August 10, 2010 at 10:00 AM inside the main lobby of the Josephine County Courthouse, 500 NW 6th ( 6th and C), Grants Pass, Josephine County, OR

---

### THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call Kimberly Fehervary at 1-866-806-2413, to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

---

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, please call the statewide phone contact

*ORNTG (04/10)*

number at **800-SAFENET (800-723-3638)**. You may also wish to talk to a lawyer. If you need help finding a lawyer, you may call the Oregon State Bar's Lawyer Referral Service at **503-684-3763** or toll-free in Oregon at **800-452-7636** or you may visit its web site at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

Your lender may be willing to modify your loan to reduce the interest rate, reduce the monthly payments or both. You can get information about possible loan modification by contacting your lender at **800-669-0102** or by visiting http://homeloans.bankofamerica.com/en/service-and-support /homeowner-relief/find-a-solution.html. If you can't reach your lender, you may contact the trustee at the telephone number at the bottom of this notice. If you have already entered into a loan modification with your lender, it is possible that you will not be able to modify your loan again unless your circumstances have changed. Your lender is not obligated to modify your loan.

You may request to meet with you lender to discuss options for modifying your loan. During discussions with your lender, you may have the assistance of a lawyer, a housing counselor or another person of your choosing. To receive a referral to a housing counselor or other assistance available in your community, call this toll-free consumer mortgage foreclosure information number: **800-SAFENET (800-723-3638)**. Many lenders participate in new federal loan modification programs. You can obtain more information about these programs at: **http://www.makinghomeaffordable.gov/**.

IF YOU WANT TO APPLY TO MODIFY YOUR LOAN, YOU MUST FILL OUT AND MAIL BACK THE ENCLOSED "MODIFICATION REQUEST FORM". YOUR LENDER MUST RECEIVE THE FORM 04/07/2010.

**WARNING:** You may get offers from people who tell you they can help you keep your property. You should be careful about those offers. Make sure you understand any papers you are asked to sign. If you have questions, talk to a lawyer or one of the organizations mentioned above before signing.

Date:  March 8, 2010
TS No.: 10 -24410
Trustee name: RECONTRUST COMPANY, N.A.
Trustee phone number: (800) 281-8219

Trustee signature: _____

*ORNTG (04/10)*

2010-009904

13

Grants Pass
# Daily Courier

P.O. Box 1468, 409 S.E. 7th Street • Grants Pass, Oregon 97528

# AFFIDAVIT OF PUBLICATION

State of Oregon      )
                     )  ss.
County of Josephine  )

I, Tamara Stuebing, being first duly sworn, depose and say that I am the manager of Courier Publishing Co., printer of the Grants Pass Daily Courier, a newspaper of general circulation, as defined by ORS 193.010 and 193.020; printed and published at Grants Pass, in the aforesaid county and state; that the LEGAL NOTICE, a printed copy of which is herein enclosed, was published in the entire issue of said paper, for four insertions, on the following dates:

**April 12, 2010; April 19, 2010; April 26, 2010; May 3, 2010.**

Subscribed and sworn to before me this
third day of May, 2010.



Notary Public of Oregon

My commission expires the thirteenth day of
April, 2011.

205268



OFFICIAL SEAL
CHRISTINE CRAINE
·ARY PUBLIC - OREGON
·MMISSION NO. 413850
EXPIRES APRIL 13, 2011

2010-009904

14

## LEGAL NOTICE

### TRUSTEE'S NOTICE OF SALE

Reference is made to that certain Trust Deed made by TRAVIS W FISHER AND REBECCA L. FISHER, AS TENANTS BY THE ENTIRETY, as Grantor(s), to TICOR TITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 10/23/06, recorded 10/30/06, in the mortgage records of Josephine County, OR, as Recorder's fee/file/instrument/microfilm/reception Number 2006-021675, and subsequently assigned to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. by Assignment recorded 03/04/2010 as Recorder's fee/file/instrument/microfilm/reception No. 2010-002838, covering the following described real property situated in said county and state, to wit:

LEGAL DESCRIPTION: BEGINNING AT THE INTERSECTION OF THE WEST RIGHT OF WAY LINE OF THE COUNTY ROAD AND THE SOUTH LINE OF LINE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 9, TOWNSHIP 37 SOUTH, RANGE 7 WEST OF THE WILLAMETTE MERIDIAN, JOSEPHINE COUNTY, OREGON, SAID POINT BEING 75.6 FEET WEST OF THE CENTER OF SAID SECTION 9; THENCE SOUTH 89 DEGREES 36' 45" WEST 1260.57 FEET TO THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 9; THENCE NORTH 0 DEGREES 46' 30" EAST 333.64 FEET; THENCE NORTH 89 DEGREES 36' 45" EAST 1120.75 FEET TO THE WEST RIGHT OF WAY LINE OF THE COUNTY ROAD; THENCE SOUTH 22 DEGREES 39' EAST 362 FEET TO THE WEST RIGHT OF WAY LINE OF SAID COUNTY ROAD TO THE POINT OF BEGINNING. SUBJECT TO: DISCREPANCIES, CONFLICTS IN BOUNDARY LINES, SHORTAGE IN AREA, ENCROACHMENTS, OR ANY OTHER FACTS WHICH A CORRECT SURVEY WOULD DISCLOSE, AND WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS. PROPERTY ADDRESS: 220 NEWT GULCH ROAD, WILDERVILLE, OR 97543.

Both the Beneficiary and the Trustee have elected to sell the real property to satisfy the obligations secured by the Trust Deed and a notice of default has been recorded pursuant to Oregon Revised Statutes 86.735(3); the default for which the foreclosure is made is Grantor's failure to pay when due the following sums: Monthly payments of $3,288.07 beginning 03/01/2009; plus late charges of $154.00 each month beginning with the 03/01/2009 payment plus prior accrued late charges of $-308.00; plus advances of $135.00; together with title expense, costs, Trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein. By reason of said default the Beneficiary has declared all sums owing on the obligation secured by the Trust Deed immediately due and payable, said sums being the following to wit: $509,794.82 with interest thereon at the rate of 7.25 percent per annum beginning 02/01/2009 until paid, plus all accrued late charges thereon together with title expense, costs, Trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interests therein.

WHEREFORE, notice hereby is given that, RECONTRUST COMPANY, N.A., the undersigned Trustee will on Tuesday, July 06, 2010 at the hour of 10:00AM in accord with the standard of time established by ORS 187.110, at the following place: inside the main lobby of the Josephine County Courthouse, 500 NW 6th ( 6th and C), Grants Pass, Josephine County, Oregon, sell at public auction to the highest bidder for cash the interest in the described real property which the Grantor had or had power to convey at the time of the execution by Grantor of the Trust Deed, together with any interest which the Grantor or Grantor's successors in interest acquired after the execution of the Trust Deed; to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the Trustee.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained of herein that is capable of being cured by tendering the performance required under the obligation or Trust Deed, and in addition to paying said sums or tendering the performance necessary to cure the default by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with the Trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In construing this notice, the singular includes the plural, the word "Grantor" includes any successor in interest to the Grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

NOTICE TO TENANTS: If you are a tenant of this property, foreclosure could affect your rental agreement. A purchaser who buys this property at a foreclosure sale has the right to require you to move out after giving you notice of the requirement. If you do not have a fixed-term lease, the purchaser may require you to move out after giving you a 30-day notice on or after the date of sale. If you have a fixed-term lease, you may be entitled to receive after the date of the sale a 60-day notice of the purchaser's requirement that you move out. To be entitled to either a 30-day or 60-day notice, you must give the Trustee of the property written evidence of your rental agreement at least 30 days before the date first set for the sale. If you have a fixed-term lease, you must give the Trustee a copy of the rental agreement. If you do not have a fixed-term lease and cannot provide a copy of the rental agreement, you may give the Trustee other written evidence of the existence of the rental agreement. The date that is 30 days before the date of sale is June 6, 2010. Federal law may grant you additional rights, including a right to a longer notice period. Consult a lawyer for more information about your rights under federal law. You have the right to apply your security deposit and any rent you prepaid toward your current obligation under your rental agreement. If you want to do so, you must notify your landlord in writing and in advance that you intend to do so. If you believe you need legal assistance with this matter, you may contact the Oregon State Bar's lawyer referral service at 503-684-3763 or toll-free in Oregon at 800-452-7636. If you have a low income and meet federal poverty guidelines, you may be eligible for free legal assistance. For more information and a directory of legal aid programs, go to http://oregonlawhelp.org or contact the Oregon State Bar's lawyer referral service at the phone numbers referenced above.

Dated: March 09, 2010
RECONTRUST COMPANY, N.A.
For further information, please contact: RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94 SIMI VALLEY, CA. 93063
(800) 281-8219 (TS# 10-0024410) 1006.89349-FEI
No. 00205268 - April 12, 19, 26 and May 3, 2010



## FEI, LLC
## Affidavit of Posting and Service

State of Oregon
County of Josephine

John Dalrymple, being sworn, says:

- That I am over 18 years of age, a resident of Oregon, and not a party to the proceeding referred to in the attached Notice of Trustee's Sale:

- That my business address is 40 N. Front Street, Central Point, OR.

- That I personally served a copy of the Notice of Trustee's Sale upon an adult occupant of the real property, commonly referred to as 220 NEWT GULCH ROAD, WILDERVILLE, OR 97543 in the manner in which a summons is served by delivering to or leaving with Travis Fisher, a person over the age of eighteen (18) years, then residing therein on Saturday, March 13, 2010, at 08:50 am.

Signed in Jackson County, Oregon by:

Signature
Date 3/15/10

1006.89349

State of Oregon
County of Jackson

On this 15 day of March in the year of 2010, before me a Notary Public, Personally appeared John Dalrymple, known or identified to me to be the person whose name is subscribed to the within instrument, and being by me first duly sworn, declared that the statements therein are true, and acknowledged to me that he/she executed the same.

Notary Public for Oregon: Kristeen L Martin
Residing at: CP, OR
Commission expires: 7/23/10



OFFICIAL SEAL
KRISTEEN L MARTIN
NOTARY PUBLIC - OREGON
COMMISSION NO. 406874
MY COMMISSION EXPIRES JULY 23, 2010



D794955

2010-009904

16

Affidavit of Compliance Oregon SB 628
Re: Trust Deed from
**TRAVIS W FISHER**
      to
Recon Trust Company     File No. **2010-24410**

## Affidavit of Compliance with Oregon SB 628 (2009)

**Beneficiary:** LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE CERTIFICATEHOLDERS OF WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-2
**Original Loan Amount:**    510000
**Borrower name(s):**  TRAVIS W FISHER
**Property Address:** 220 NEWT GULCH ROAD
                  WILDERVILLE, OR 97543

The undersigned is an employee of the beneficiary of the trust deed securing the above-referenced loan or of its authorized agent, at least 18 years of age and competent to testify in a court of law and, having personal knowledge of the matters set forth below, represents and avers, under the penalty of perjury, that the following selected paragraph(s) is/are true and correct (select all that apply):

[X]    **No Request for Meeting or Loan Modification Received.** No request for a meeting or loan modification was received from borrower.

[ ]    **Meeting Requested But Borrower Unavailable to Schedule Meeting.** Borrower requested a meeting within 30 days of the date the Trustee signed the notice required by Section 20, chapter 19, Oregon Laws 2008 ("Law") and sent the required Loan Modification Request Form to beneficiary or its agent. The beneficiary or beneficiary's authorized agent attempted to contact the borrower by the methods contemplated by Law within 45 days of receiving the loan modification request. Borrower did not respond within 7 days of attempted contact. Accordingly, no meeting was required and no meeting occurred.

[ ]    **Meeting Occurred.** Borrower requested a meeting by telephone or in person within 30 days of the date the trustee signed the notice required by Law and sent the required Loan Modification Request Form to beneficiary or its agent. The beneficiary or beneficiary's authorized agent contacted Borrower by the methods allowed by law to schedule a meeting. A meeting was scheduled and took place between borrower and a representative of the beneficiary or beneficiary's agent -- authorized to modify the loan or able to obtain authority to modify the loan -- prior to the beneficiary determining whether or not to grant borrower's request for a loan modification.

[ ]    **Loan Modification Requested. Borrower Deemed Ineligible. Request Denied.** Borrower requested a loan modification within 30 days of the date the trustee signed the notice required by Law and sent the Loan Modification Request Form to beneficiary. The loan modification request was evaluated in good faith within 45 days of receipt. After considering the most current financial information provided by borrower, the beneficiary or beneficiary's agent determined that borrower is ineligible for a loan modification. Within 45 days of the beneficiary's receipt of borrower's Loan Modification Request Form, the beneficiary or beneficiary's authorized agent notified borrower that borrower is ineligible for a loan modification.

[ ]    **Loan Modification Requested. After Evaluation, Request Denied.** Borrower requested a loan modification within 30 days of the date the trustee signed the notice required by Law and sent the Loan Modification Request Form to beneficiary or its agent. The loan modification request was evaluated in



good faith within 45 days of receipt. Within 45 days of the beneficiary's receipt of borrower's Loan Modification Request Form, the beneficiary or beneficiary's authorized agent notified borrower that borrower's request for a loan modification was denied.

[ ]    **Loan Modification Requested. After Evaluation, Request Denied, But Other Loss Mitigation Opportunities Offered.** Borrower requested a loan modification within 30 days of the date the trustee signed the notice required by Law and sent the Loan Modification Request Form to beneficiary or its agent. The loan modification request was evaluated in good faith within 45 days of receipt. Within 45 days of the beneficiary's receipt of borrower's Loan Modification Request Form, the beneficiary or beneficiary's authorized agent notified borrower that borrower's request for a loan modification was denied. However, other loss mitigation accommodations were offered to borrower.

[ ]    **Loan Modification Requested. Insufficient Information Provided by Borrower. Request Denied.** Borrower requested a loan modification within 30 days of the date the trustee signed the notice required by law and sent the Loan Modification Request Form to beneficiary or its agent. The loan modification request was evaluated in good faith within 45 days of receipt, but borrower, despite one or more additional requests from beneficiary or its agent, failed to provide sufficient information to enable beneficiary to determine in good faith whether borrower is eligible for a loan modification. Accordingly, within 45 days of the beneficiary's receipt of borrower's Loan Modification Request Form, the beneficiary or beneficiary's authorized agent notified borrower that borrower's request for a loan modification was denied.

[ ]    Other (Specify):

_____

_____

DATED: 6/21/10

By: _____

Typed Name    Adam Minkin

Title:    Servicing Team Manager

Name of Beneficiary or Beneficiary's Authorized Agent: LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE CERTIFICATEHOLDERS OF WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-2

State of California          )
                             ) ss.
County of Los Angeles )

This instrument was acknowledged before me on June 29, 2010 by Adam Minkin as Servicing Team Manager of LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE CERTIFICATEHOLDERS OF WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-2.

JANINE R. WRIGHT
COMM. #1797201
Notary Public • California
San Bernardino County
Comm. Expires May 3, 2012

Notary signature
My commission expires May 3 , 2012

139

2010-009904