AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Rebecca Fisher
Travis Fisher
*Plaintiff*

v.                         Civil Action No. 11-3093-CL

Mortgage Electronic Registration Systems, Inc
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mortgage Electronic Registration Systems, Inc
C/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca + Travis Fisher
1630 Williams Hwy PMB #363
Grants Pass, OR. 97527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    MARY L. MORAN

D. Johnson

Date: 8/16/11

*Signature of Clerk or Deputy Clerk*