**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **REBECCA FISHER** and **TRAVIS FISHER,** | Case No. 11-CV-3093-CL |
| Plaintiffs, | |
| v. | Defendants' MOTION TO RESET PRELIMINARY INJUNCTION HEARING |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")** a Delaware Corporation**;** | (Expedited Consideration Requested) |
| **RECONTRUST COMPANY, N.A.** ("ReconTrust") a wholly owned subsidiary of Bank of America Corporation ("BAC") a Delaware Corporation, | |
| Defendants. | |

### LR 7-1 CERTIFICATE OF CONFERRAL

On August 30, 2011, Robert E. Maloney Jr. and the undersigned conferred with Travis Fisher regarding this motion. He advises that he does not oppose a two-week extension so long as defense counsel advises him of the Court's ruling on this motion later today. Mr. Fisher advised that he has an attorney but declined to disclose his or her identity.

PAGE 1 -   MOTION TO RESET PRELIMINARY INJUNCTION HEARING

## **MOTION**

On or about August 16, 2011, this Court scheduled a preliminary injunction hearing relating to this case for August 31, 2011. Insofar as counsel is aware, defendants have not been served with notice of the scheduled proceeding. Counsel learned of the proceeding through searching the court docket in preparing for other preliminary injunction motions that are currently pending before this Court. Upon learning of the pending hearing, defendants have postponed the sale until October 2, 2011.

Because the urgency for a preliminary injunction hearing is eliminated, and defendants have not had adequate notice to file a proper appearance, defendants are requesting that this hearing be rescheduled to two weeks from August 31, 2011, which is September 14, 2011. Defense counsel does not oppose a longer extension, but plaintiffs do.

DATED: August 30, 2011

LANE POWELL PC


By      /s/  Pilar C. French
    Pilar C. French, OSB No. 962880
    Telephone:  503.778.2170
Attorneys for Defendants

PAGE 2 -   MOTION TO RESET PRELIMINARY INJUNCTION HEARING

116589.0374/5163378.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I caused to be served a copy of the foregoing MOTION TO RESET PRELIMINARY INJUNCTION HEARING on the following person(s) in the manner indicated below at the following address(es):

Rebecca and Travis Fisher
220 Newt Gulch Road
Wilderville, OR  97543
Telephone: 541.660.4623
E-Mail: fisherwild@aol.com
    *Pro se plaintiffs*

- ☐    by **CM/ECF**
- ☒    by **Electronic Mail**
- ☐    by **Facsimile Transmission**
- ☒    by **First Class Mail**
- ☐    by **Hand Delivery**
- ☐    by **Overnight Delivery**

                                    /s/  Pilar C. French
                                    Pilar C. French

PAGE 3 -   MOTION TO RESET PRELIMINARY INJUNCTION HEARING

116589.0374/5163378.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200