FILED'11 AUG 30 15:07USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REBECCA FISHER and TRAVIS
FISHER,

        Plaintiffs,        Civ. No. 11-3093-CL

                              **TEMPORARY RESTRAINING ORDER**

   v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
("MERS") a Delaware
Corporation;

RECONTRUST COMPANY N.A.,
("ReconTrust") a wholly
owned subsidiary of
Bank of America Corporation
("BAC") a Delaware
Corporation'

        Defendants.

---

**PANNER, J.**

    On August 16, 2011, I issued a temporary restraining order and set a show cause hearing for August 31. Defendants moved to reset the show cause hearing and state they postponed the foreclosure sale until October 2, 2011. I grant defendants' motion to reset (#7) and extend the restraining order.

1 - ORDER

Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 220 Newt Gulch Road, Wilderville, Oregon, 97543 from this day until Thursday, September 15, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 9:30 a.m. on September 15, 2011, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this 30 day of August, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER