**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **REBECCA FISHER** and **TRAVIS FISHER,**<br><br>Plaintiffs,<br><br>v.<br><br>**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")** a Delaware Corporation**;**<br><br>**RECONTRUST COMPANY, N.A.** ("ReconTrust") a wholly owned subsidiary of Bank of America Corporation ("BAC") a Delaware Corporation,<br><br>Defendants. | Case No. 11-CV-3093-CL<br><br>MOTION TO APPEAR BY TELEPHONE AT HEARING ON THURSDAY, SEPTEMBER 15, 2011 |

COMES NOW Mortgage Electronic Registration Systems, Inc. and ReconTrust Company, N.A. ("defendants") by and through their attorneys, Pilar C. French and Lane Powell

PAGE 1 -   MOTION TO APPEAR BY TELEPHONE AT HEARING ON THURSDAY, SEPTEMBER 15, 2011

PC, and requests that defendants be allowed to attend the motion hearing currently scheduled for September 15, 2011, at 9:30 a.m., via telephone.

DATED:  September 12, 2011

                                              **LANE POWELL** PC

                                              By  /s/ Pilar C. French
                                                   Pilar C. French, OSB No. 962880
                                                   Telephone:  503.778.2170
                                            Attorneys for Defendants

PAGE 2 -   MOTION TO APPEAR BY TELEPHONE AT HEARING ON THURSDAY, SEPTEMBER 15, 2011

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

116589.0374/5171039.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2011, I caused to be served a copy of the foregoing MOTION TO APPEAR BY TELEPHONE AT HEARING ON THURSDAY, SEPTEMBER 15, 2011, on the following person(s) in the manner indicated below at the following address(es):

Rebecca and Travis Fisher
220 Newt Gulch Road
Wilderville, OR 97543
Telephone: 541.660.4623
E-Mail: fisherwild@aol.com
   *Pro se plaintiffs*

- ☐ by **CM/ECF**
- ☒ by **Electronic Mail**
- ☐ by **Facsimile Transmission**
- ☒ by **First Class Mail**
- ☐ by **Hand Delivery**
- ☐ by **Overnight Delivery**

/s/ Pilar C. French
Pilar C. French

CERTIFICATE OF SERVICE