FILED'11 SEP 14 14:28USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REBECCA FISHER and TRAVIS
FISHER,

        Plaintiffs,      Civ. No. 11-3093-CL

                              **TEMPORARY RESTRAINING ORDER**

   v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
("MERS") a Delaware
Corporation;

RECONTRUST COMPANY N.A.,
("ReconTrust") a wholly
owned subsidiary of
Bank of America Corporation
("BAC") a Delaware
Corporation'

        Defendants.

---

**PANNER, J.**

    Based on an imminent and allegedly improper foreclosure by advertisement and sale, I issued a temporary restraining order restraining defendants from proceeding with the sale as scheduled. Prior to the hearing to determine whether to issue a preliminary injunction, defendants stated they canceled the

1  - ORDER

previously scheduled non-judicial foreclosure. [# 7.] Because there is no sale, there is no imminent harm to justify a preliminary injunction. Therefore, plaintiff's request for a preliminary injunction is denied as moot at this time. The show-cause hearing set for September 15, 2011 is canceled.

IT IS SO ORDERED.

DATED this __14__ day of September, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER