**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **REBECCA FISHER** and **TRAVIS FISHER,** | Case No. 11-CV-3093-CL |
| Plaintiffs, | |
| v. | Defendants' MOTION TO DISMISS |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")** a Delaware Corporation**;** | Pursuant to Fed. R. Civ. P. 12(b)(1) |
| **RECONTRUST COMPANY, N.A.** ("ReconTrust") a wholly owned subsidiary of Bank of America Corporation ("BAC") a Delaware Corporation, | (REQUEST FOR ORAL ARGUMENT) |
| Defendants. | |

## LR 7-1(a) CERTIFICATION

Counsel for defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and ReconTrust Company, N.A. ("ReconTrust") (collectively, "defendants") conferred with plaintiffs by telephone conference and were not able to resolve the issues. Plaintiffs oppose this motion.

PAGE 1 -   MOTION TO DISMISS

## MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, by and through their counsel of record, Pilar C. French of Lane Powell PC, respectfully move this Court to dismiss Plaintiffs' claims against them for lack of subject matter jurisdiction.

In support of this motion, Defendants reply upon the Memorandum in Support of their Motion to Dismiss filed herewith.

DATED:  October 3, 2011

>                    **LANE POWELL** PC
>
>
>              By_____/s/  Pilar C. French_____
>                    Pilar C. French, OSB No. 962880
>                    Telephone:  503.778.2170
>              Attorneys for Defendants

PAGE 2 -   MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, I caused to be served a copy of the foregoing MOTION TO DISMISS on the following person(s) in the manner indicated below at the following address(es):

Rebecca and Travis Fisher
220 Newt Gulch Road
Wilderville, OR  97543
Telephone: 541.660.4623
E-Mail: fisherwild@aol.com
   *Pro se plaintiffs*

☐   by **CM/ECF**
☒   by **Electronic Mail**
☐   by **Facsimile Transmission**
☒   by **First Class Mail**
☐   by **Hand Delivery**
☐   by **Overnight Delivery**

/s/  Pilar C. French
_____
Pilar C. French

CERTIFICATE OF SERVICE

116589.0374/5187391.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200