IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA FISHER and TRAVIS FISHER,

        Plaintiffs,

   v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al,

        Defendants.

Civ. No. 11-3093-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#18) is adopted. This case is dismissed.

IT IS SO ORDERED.

DATED this 12 day of January, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER